ROBERT LAMANUZZI, SBN 213673
Attorney at Law
2020 Tulare Street   Suite A
Fresno CA 93721
(559) 441-1971

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RICKY SIMPSON<br><br>    Defendant. | Case No.  1:17-cr-00035-DAD-BAM<br><br><u>STIPULATION AND ORDER TO ALLOW RICKY SIMPSON TO TRAVEL OUT OF STATE</u> |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT LAMANUZZI attorney for Defendant RICKY SIMPSON and KIMBERLY SANCHEZ, Assistant U.S. Attorney for Plaintiff, to allow a modification wherein Mr. Simpson is allowed to travel out of the state to Texas.  Mr. Simpson is requesting allowance to travel from Fresno, California, to Carthage, Texas, for the time period of May 25, 2017, at 5:00 a.m. through and including May 30, 2017, at 6:00 p.m.  Mr. Simpson requests that he be allowed to travel so that he will be able to attend his daughter's Brianna Simpson (date of birth: 4/27/1999), graduation from Carthage High School in Carthage, Texas.

Mr. Simpson is currently on an electronic monitor and Dan Stark of Pretrial Services and AUSA Kimberly Sanchez have indicated that they have no objection to Mr. Simpson's out of state travel itinerary.  Location monitoring will be suspended during the approved travel period

1

Dated: My 19, 2017                    Respectfully submitted,


                                      /s/ Robert Lamanuzzi
                                      ROBERT LAMANUZZI
                                      Attorney for Defendant,
                                      RICKY SIMPSON


Dated:  May 19, 2017                  Respectfully submitted,


                                      /s/ Kimberly Sanchez
                                      KIMBERLY SANCHEZ
                                      Assistant U.S. Attorney


**ORDER**

IT IS HEREBY ORDERED that Defendant, Ricky Simpson, is allowed to travel from Fresno, California to Carthage, Texas, commencing on May 25, 2017, at 5:00 a.m. with his return to Fresno, California, no later than May 30, 2017, at 6:00 p.m.  Location monitoring will be suspended during the approved travel period.

IT IS SO ORDERED.

   Dated:  **May 19, 2017**                    /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE

2