| | |
|---|---|
| ROBERT LAMANUZZI, SBN 213673<br>Attorney at Law<br>2020 Tulare Street   Suite A<br>Fresno CA 93721<br>(559) 441-1971 | |

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RICKY SIMPSON<br><br>  Defendant. | Case No.  1:17-cr-00035-DAD-BAM<br><br><br>STIPULATION AND PROPOSED ORDER TO MODIFY RICKY SIMPSON'S CURFEW ON JUNE 5, 2017 |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT LAMANUZZI attorney for Defendant RICKY SIMPSON and KIMBERLY SANCHEZ, Assistant U.S. Attorney for Plaintiff, to allow a modification of Mr. Simpson's curfew on June 5, 2017.  Mr. Simpson's daughter is graduating from Edison High School on Monday, June 5th.  The graduation ceremony starts at 8:00 pm and will last at least two hours.  We are requesting a modification of his curfew for that evening to 11:00 pm (usual curfew is 9:00 p.m.)

Mr. Simpson is currently on an electronic monitor and Dan Stark of Pretrial Services and AUSA Kimberly Sanchez have indicated that they have no objection to Mr. Simpson's later curfew for this date.

Dated: June 2, 2017                              Respectfully submitted,
                                                 /s/ Robert Lamanuzzi
                                                 ROBERT LAMANUZZI
                                                 Attorney for Defendant,

1

RICKY SIMPSON

Dated: June 2, 2017                    Respectfully submitted,


                                       /s/ Kimberly Sanchez
                                       KIMBERLY SANCHEZ
                                       Assistant U.S. Attorney


## **ORDER**

IT IS HEREBY ORDERED that the curfew time for Defendant, Ricky Simpson, is modified to 11:00 p.m. on June 5, 2017.

IT IS SO ORDERED.

Dated:   **June 2, 2017**                    */s/ Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE

2