ROBERT C. LAMANUZZI, SBN: 213673
Attorney at Law
2020 Tulare Street Suite A
Fresno CA 93721
(559) 441-1979

Attorney for Defendant
RICKY SIMPSON

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICKY SIMPSON,<br><br>　　　　　Defendant. | Case No. 1:17-CR-00035 DAD/BAM<br><br>STIPULATION AND ORDER TO VACATE CONDITION 7(1) OF SUPERVISED RELEASE |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT C. LAMANUZZI. attorney for Defendant RICKY SIMPSON, and KIMBERLY SANCHEZ, Assistant U.S. Attorney for Plaintiff, that condition 7(1) of Mr. Simpson's conditions of release be vacated. Currently, Ricky Simpson is stable under supervision. He is working two jobs, testing clean, attending drug treatment sessions and is a Better Choices court participant. His level of monitoring is curfew. Pretrial Services Officer Dan Stark has indicated he has no objection to the removal of condition 7(1).

///

///

///

The parties stipulate that the removal of location monitoring is agreeable. All prior ordered conditions of release, not in conflict with the present modification, remain in full force and effect.

Dated: November 17, 2017    Respectfully submitted,

/s/ Robert C. Lamanuzzi
ROBERT C. LAMANUZZI
Attorney for Defendant, RICKY SIMPSON

Dated:  November 17, 2017    Respectfully submitted,

/s/ Kimberly Sanchez
ROSS PEARSON
Assistant U.S. Attorney

**ORDER**

Effective immediately, condition 7(1) of Mr. Simpson's conditions of release is vacated. All prior ordered conditions of release, not in conflict with the present modification, remain in full force and effect.

IT IS SO ORDERED.

Dated:  **November 20, 2017**           /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE