1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5  Attorneys for Plaintiff
   United States of America

6

7                    IN THE UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

   UNITED STATES OF AMERICA,                CASE NO.  1:17-CR-00035 DAD-BAM
9
                           Plaintiff,        STIPULATION TO CONTINUE STATUS
10                                           CONFERENCE; ORDER

11          v.

12  RICKY SIMPSON,

13                         Defendant.

14

15         IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and

16  Kimberly A. Sanchez, Assistant U.S. Attorney and Robert Lamanuzzi, attorney for the defendant, that the

17  status conference set for February 26, 2018 at 1:00 pm before the Honorable Barbara A. McAuliffe be

18  continued to July 23, 2018 at 1:00 p.m.  The reason for the request is the government learned yesterday that

19  yesterday the defendant entered a guilty plea in the District of Oregon and is set for sentencing on June 26,

20  2018.  As part of the agreement, the government will move to dismiss the charges here after the sentencing in

21  the District of Oregon.

    ///
22
    ///
23
    ///
24
    ///
25
    ///
26
    ///
27
    ///
28

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay through July 23, 2018 is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).


Dated: February 23, 2018                           Respectfully submitted,

                                                   McGREGOR W. SCOTT
                                                   United States Attorney


                                   By      /s/ Kimberly A. Sanchez
                                           KIMBERLY A. SANCHEZ
                                           Assistant U.S. Attorney

Dated: February 23, 2018                   /s/ Robert Lamanuzzi
                                           ROBERT LAMANUZZI
                                           Attorney for Defendant

                                   ORDER

IT IS SO ORDERED THAT the 4th Status conference is continued from February 26, 2018 to July 23, 2018 at 1:00 PM before Judge McAuliffe.  Time excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:   **February 23, 2018**             /s/ Barbara A. McAuliffe
                                           UNITED STATES MAGISTRATE JUDGE