| 1 | McGREGOR W. SCOTT |
| | United States Attorney |
| 2 | KIMBERLY A. SANCHEZ |
| | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
| | Facsimile: (559) 497-4099 |
| 5 | Attorneys for Plaintiff |
| | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00035 DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| RICKY SIMPSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Robert Lamanuzzi, attorney for the defendant, that the status conference set for July 23, 2018 at 1:00 pm before the Honorable Barbara A. McAuliffe be continued to September 24, 2018 at 1:00 p.m. The reason for the request is the parties have reached a global resolution with the US Attorney's Office in Oregon for the Government to move to dismiss the above-captioned case after sentencing in Oregon. The defendant has pleaded guilty in Oregon, his sentencing was set for June 26, 2018, but was continued to August 29, 2018.

///
///
///
///
///
///
///

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay through September 24, 2018 is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: July 19, 2018                              Respectfully submitted,

                                               McGREGOR W. SCOTT
                                               United States Attorney

                                       By     /s/ Kimberly A. Sanchez
                                               KIMBERLY A. SANCHEZ
                                               Assistant U.S. Attorney

Dated: July 19, 2018                              /s/ Robert Lamanuzzi
                                               ROBERT LAMANUZZI
                                             Attorney for Defendant

**ORDER**

IT IS SO ORDERED THAT the 4th Status Conference is continued from July 23, 2018 to September 24, 2018 at 1:00PM before Judge McAuliffe.  Time excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:   **July 19, 2018**                              /s/ *Barbara A. McAuliffe*
                                                                 UNITED STATES MAGISTRATE JUDGE