UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:17-CR-00035 DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| RICKY DARNELL SIMPSON, | |
| Defendants. | |

Pursuant to the government's June 3, 2019 motion to dismiss indictment pursuant to Federal Rule of Criminal Procedure 48(a), the indictment in the above-entitled case as to RICKY DARNELL SIMPSON is hereby dismissed.

IT IS SO ORDERED.

Dated: **June 3, 2019**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

1